R. Shawn Oller; AZ Bar No. 019233
soller@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
Facsimile: 602.957.1801

Attorneys for Defendant
Merastar Insurance Company

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Steven Douglas Brown, an individual, | Case No. |
| Plaintiff, | **DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441 (DIVERSITY)** |
| vs. | |
| Kemper Insurance United Alliance Human Resources Management, | (Maricopa County Superior Court Case No. CV2019-004969) |
| Defendant. | |

**TO:   CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

PLEASE TAKE NOTICE that Defendant Merastar Insurance Company, wrongfully named Kemper Insurance United Alliance Human Resources Management[1] ("Defendant"), removes the above-entitled action from the Superior Court of the State of Arizona, County of Maricopa, to the United States District Court for the District of Arizona. Defendant makes the removal because this Court has original jurisdiction under 28 U.S.C. § 1332 and the action is removable under 28 U.S.C. §§ 1441(b), 1446, and Local Rule of Civil Procedure 3.6.

In support of this Notice of Removal, Defendant states the following:

---

[1] Kemper Insurance-United Alliance-Human Resources Management is not a legal entity and was not Plaintiff's employer. Merastar Insurance Company was Plaintiff's employer and is the properly-named defendant.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

1.     On October 7, 2019, Plaintiff Steven Douglas Brown ("Plaintiff") filed a Complaint in the Maricopa County Superior Court, entitled *Steven Douglas Brown v. Kemper Insurance United Alliance Human Resources Management,* Case No. CV2019-004969 (the "State Court Action").

2.     On October 9, 2019, Defendant was served with the Complaint. A true and correct copy of all process, pleadings, and orders in the State Court Action are being filed with this Notice as required by 28 U.S.C. § 1446(a) and are attached as **Exhibit 1**.

3.     Accordingly, Defendant has filed this Notice of Removal within 30 days after service of the initial pleading setting forth a removable claim and it is timely filed under 28 U.S.C. § 1446(b).

4.     This Court has original jurisdiction over the action under 28 U.S.C. § 1332 and removal jurisdiction under 28 U.S.C. § 1441(b) because it is a civil action between citizens of different states. Defendant is now, and was at the time this action commenced, diverse in citizenship from Plaintiff.

Specifically, Plaintiff is presently domiciled in Maricopa County, Arizona and was domiciled there at the time this action commenced.  Defendant Merastar Insurance Company, Inc. is an Illinois corporation with its principal place of business in Illinois. Thus, Plaintiff and Defendant are citizens of different states, satisfying the diversity requirement.

5.   The Supreme Court has concluded that "a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co. v. Owens*, 135 S. Ct. 547, 551 (2014); "Evidence establishing the amount is required by § 1446(c)(2)(B) only when the plaintiff contests, or the court questions, the defendant's allegation." *Id.*; *see also Singer v. State Farm Mut. Auto Ins. Co.*, 116 F.3d 373, 376 (9th Cir. 1997); *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996). "In measuring the amount in controversy, a court must assume that the allegations in the complaint are true and assume that a jury will return a verdict for the plaintiff on all claims made in the complaint. *Forever Living Products v. Geyman*, 471 F.Supp.2d 980 (D. Ariz. 2006).

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-

In the present case, Plaintiff has certified that the largest award sought by him exceeds $300,000 or more in damages. *See* Civil Complaint, p. 2, **Exhibit 2.** Indeed, Plaintiff's Civil Complaint contains a demand for relief of $3,000,000. *Id* at p. 4.

6.      Under 28 U.S.C. § 1441(b), venue of the removed action is proper in this Court as the district and division embracing the place where the State Action is pending.

7.      Defendant has complied with the notice required under 28 U.S.C. § 1446(d), having served Plaintiff with a copy of the Notice to Adverse Parties of Removal of Civil Action to Federal Court (a copy of which is attached as **Exhibit 3**), and filed the Notice to State Court of Removal of Civil Action in the Superior Court of Maricopa, County, Arizona, (a copy of which is attached as **Exhibit 4**).

RESPECTFULLY SUBMITTED this 8th day of November, 2019

*s/ R. Shawn Oller*

R. Shawn Oller
LITTLER MENDELSON, P.C.
Attorneys for Defendant

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed and emailed a copy of same to the following if non-registrants, this 8th day of November, 2019 to:

Steven Douglas Brown
13602 N. Poppy Street
El Mirage, Arizona 85335
Steveandgina25@gmail.com
*Attorney for Plaintiff*

*s/ Stephany Mitchell*

4838-0012-6123.1 070348.1027

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600